EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: <br><br> Reinaldo Laboy Ramos | 2008 TSPR 28 <br><br> 173 DPR _____ |

Número del Caso: AB-2006-117


Fecha: 18 de enero de 2008


Abogado de la Parte Querellada:

        Por Derecho Propio


Oficina de Inspección de Notarías:

        Lcda. Lourdes I. Quintana Lloréns
        Directora


Materia: Conducta Profesional
      (La suspensión del abogado advino final y firme el día
      12 de febrero de 2008).

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Reinaldo Laboy Ramos                    AB-2006-117


PER CURIAM

San Juan, Puerto Rico, a 18 de enero de 2008.

Reinaldo Laboy Ramos fue admitido al ejercicio de la profesión de abogado el 30 de junio de 1993 y el 16 de julio de 1993 fue admitido a ejercer como notario.

I

El pasado 25 de mayo de 2006 la Secretaria del Tribunal Supremo cursó comunicación por correo certificado al licenciado Reinaldo Laboy Ramos, en adelante Laboy Ramos, con relación a una queja presentada en su contra en este Tribunal por la señora Modesta Collazo Román. En dicha carta se le concedía un término de diez (10) días para contestar la queja en su contra.

El 1 de agosto de 2006, mediante segunda notificación, se le concedió un término adicional de diez (10) días para contestar la referida queja. No compareció dentro del término requerido.

El 29 de agosto de 2006, mediante Resolución y bajo apercibimiento de suspensión al ejercicio de la profesión se le concedió un término de diez (10) días adicionales para contestar la queja en su contra. Esta Resolución le fue notificada personalmente mediante entrega por un alguacil del Tribunal el 28 de septiembre de 2006.

El 31 de agosto de 2006, Laboy Ramos, presentó ante nos escrito titulado, *"Contestación a Querella"*.

El 15 de septiembre de 2006, la Secretaría del Tribunal Supremo cursó comunicación por correo a la licenciada Carmen H. Carlos, Directora de la Oficina de Inspección de Notarías. Se le indicó que en cumplimiento con la Regla 14(d) del Reglamento del Tribunal Supremo, se le refería copia del expediente de la queja de referencia para la investigación e informe correspondiente.

El 12 de junio de 2007, mediante Resolución, se le solicitó a la Directora de la Inspección de Notarías que en un término de treinta (30) días notificara las gestiones realizadas para dar cumplimiento a la Regla 14(d) del Reglamento del Tribunal Supremo.

El 31 de julio de 2007, la licenciada Lourdes I. Quintana, Directora de la Oficina de Inspección de Notarías, presentó ante nos, *"Moción en Cumplimiento de Orden"*.

Indicó, entre otras cosas, que como parte del proceso de completar un expediente, se le requirió a Laboy Ramos información adicional que resultaba esencial para la preparación de dicho informe. Sin embargo, Laboy Ramos no compareció para ofrecer la información solicitada.

El 22 de agosto de 2007, mediante Resolución, y bajo apercibimiento de suspensión al ejercicio de la profesión de abogado se le concedió un término de veinte (20) días adicionales a Laboy Ramos para que compareciera ante la Oficina de Inspección de Notarías y sometiera la información solicitada por ésta. Además, se le indicó que dentro del mismo término debería certificar a este Tribunal el cumplimiento de esta Resolución. Esta Resolución le fue notificada personalmente mediante entrega por un alguacil del Tribunal el 6 de septiembre de 2007.

Al día de hoy Laboy Ramos no ha cumplido con los requerimientos antes indicados.

En vista de lo anterior, procedemos a resolver este asunto sin ulterior trámite.

II

Hemos resuelto, en reiteradas ocasiones, que todo abogado tiene el deber y obligación de responder con diligencia a los requerimientos y órdenes de este Tribunal, particularmente cuando se trata de procedimientos sobre su conducta profesional. Anteriormente hemos señalado que procede la suspensión del ejercicio de la abogacía cuando un abogado no atiende con diligencia nuestros requerimientos y se muestra indiferente ante nuestros apercibimientos de imponerle

sanciones disciplinarias.  In re: Lloréns Sar, res. en 5 de febrero de 2007, 2007 TSPR 31; In re: Díaz Rodríguez, res. 30 de noviembre de 2005, 2005 TSPR 191; In re: Vega Lassalle, res. 20 de abril de 2005, 2005 TSPR 66; In re: Quintero Alfaro, res. 9 de febrero de 2004, 2004 TSPR 20; In re: Serrano Mangual, 139 D.P.R. 602 (1995); In re: González Albarrán, 139 D.P.R. 543 (1995); In re: Osorio Díaz, 131 D.P.R. 1050 (1992); In re: Colón Torres, 129 D.P.R. 490, 494 (1991).

En el caso antes nos, el licenciado Laboy Ramos se ha mostrado indiferente ante nuestro apercibimiento de imponerle sanciones disciplinarias. Evidentemente no le interesa continuar ejerciendo la profesión.

En vista de lo anterior, se suspende inmediata e indefinidamente del ejercicio de la abogacía y la notaría al licenciado Reinaldo Laboy Ramos.

Se le impone el deber de notificar a todos sus clientes de su inhabilidad para continuar representándolos, devolverles cualesquiera honorarios recibidos por trabajos no realizados e informar oportunamente de su suspensión a los foros judiciales y administrativos. Además, tiene la obligación de acreditar y certificar ante este Tribunal el cumplimiento con lo anterior, dentro del término de treinta (30) días a partir de la notificación de esta Opinión Per Curiam y Sentencia.

Finalmente, el Alguacil de este Tribunal deberá incautarse de la obra y sello notarial del abogado suspendido y entregar los mismos a la Directora de la Oficina de

Inspección de Notarías para la correspondiente investigación e informe.

Se dictará sentencia de conformidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Reinaldo Laboy Ramos          AB-2006-117          Queja

SENTENCIA

San Juan, Puerto Rico, a 18 de enero de 2008.

Por los fundamentos expuestos en la Opinión *Per Curiam* que antecede, la cual se hace formar parte íntegra de la presente, se dicta Sentencia decretando la suspensión inmediata e indefinida del ejercicio de la abogacía y la notaría del Lcdo. Reinaldo Laboy Ramos.

Se le impone al abogado querellado el deber de notificar a todos sus clientes de su inhabilidad para continuar representándolos, devolverles cualesquiera honorarios recibidos por trabajos no realizados e informar oportunamente de su suspensión a los distintos foros judiciales y administrativos del país.

Además, deberá acreditar a este Tribunal el cumplimiento con lo anterior dentro del término de treinta (30) días a partir de la notificación de esta Opinión *Per Curiam* y Sentencia.

Finalmente, el Alguacil de este Tribunal deberá incautarse de la obra y sello notarial del abogado suspendido y entregar los mismos a la Directora de la Oficina de Inspección de Notarías para la correspondiente investigación e informe.

Así lo pronuncia y manda el Tribunal y certifica la Secretaria del Tribunal Supremo.


                                   Aida Ileana Oquendo Graulau
                                   Secretaria del Tribunal Supremo